1  BROWNE WOODS & GEORGE LLP
   PETER W. ROSS (State Bar # 109741)
2  G. WARREN BLEEKER (State Bar # 210834)
   450 North Roxbury Drive, Seventh Floor
3  Beverly Hills, California  90210-4231
   Tel. (310) 274-7100 / Fax (310) 275-5697
4
   Attorneys for Defendant Advance Building Maintenance
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCE BUILDING MAINTENANCE, a California corporation<br><br>Defendant. | Case No. C 06 3078 CRB<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>[N.D. Local Rule 6-1(a)]<br><br>Action Commenced: May 8, 2006 |

-1-
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

1     Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE
2 TRUST FUND, MIKE GARCIA, RAYMOND C. NANN, and LARRY T. SMITH
3 ("Plaintiffs") and Defendant ADVANCE BUILDING MAINTENANCE
4 ("Defendant") hereby stipulate that the last day for Defendant to file and serve its
5 response to the Complaint served on Defendant on or about May 16, 2006, shall be
6 extended from June 5, 2006 until June 19, 2006.
7     IT IS SO STIPULATED.

12 Dated: June 1, 2006

BROWNE WOODS & GEORGE LLP
PETER W. ROSS
G. WARREN BLEEKER

By _____
G. WARREN BLEEKER

Attorneys for Defendant

18 Dated: June 2, 2006

SALTZMAN & JOHNSON LAW
CORPORATION
PHILIP M. MILLER
KRISTEN MCCULLOCH

By _____
KRISTEN MCCULLOCH

IT IS SO ORDERED

Attorneys for Plaintiffs

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
June 8, 2006
DATE

-2-
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT