1  BROWNE WOODS & GEORGE LLP
   PETER W. ROSS (State Bar # 109741)
2  G. WARREN BLEEKER (State Bar # 210834)
   450 North Roxbury Drive, Seventh Floor
3  Beverly Hills, California  90210-4231
   Tel. (310) 274-7100 / Fax (310) 275-5697
4
   Attorneys for Defendant Advance Building Maintenance
5

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

   (OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ADVANCE BUILDING MAINTENANCE, a California corporation<br><br>　　　　Defendant. | Case No. C 06  3078 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>[N.D. Local Rule 6-1(a)]<br><br><br>Action Commenced: May 8, 2006 |

-1-
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

1 | Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE
2 | TRUST FUND, MIKE GARCIA, RAYMOND C. NANN, and LARRY T. SMITH
3 | ("Plaintiffs") and Defendant ADVANCE BUILDING MAINTENANCE
4 | ("Defendant") hereby stipulate that the last day for Defendant to file and serve its
5 | response to the Complaint served on Defendant on or about May 16, 2006, shall be
6 | extended from June 19, 2006 until June 26, 2006.
7 | IT IS SO STIPULATED.

Dated: June 19, 2006

BROWNE WOODS & GEORGE LLP
PETER W. ROSS
G. WARREN BLEEKER

By _____
G. WARREN BLEEKER

Attorneys for Defendant

Dated: June ___, 2006

SALTZMAN & JOHNSON LAW CORPORATION
PHILIP M. MILLER
KRISTEN MCCULLOCH

By _____
KRISTEN MCCULLOCH

Attorneys for Plaintiffs

-2-
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

1  Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE
2  TRUST FUND, MIKE GARCIA, RAYMOND C. NANN, and LARRY T. SMITH
3  ("Plaintiffs") and Defendant ADVANCE BUILDING MAINTENANCE
4  ("Defendant") hereby stipulate that the last day for Defendant to file and serve its
5  response to the Complaint served on Defendant on or about May 16, 2006, shall be
6  extended from June 19, 2006 until June 26, 2006.
7  IT IS SO STIPULATED.

12  Dated: June 19, 2006

BROWNE WOODS & GEORGE LLP
PETER W. ROSS
G. WARREN BLEEKER

By _____
G. WARREN BLEEKER

Attorneys for Defendant

18  Dated: June 20, 2006

SALTZMAN & JOHNSON LAW
CORPORATION
PHILIP M. MILLER
KRISTEN MCCULLOCH

By _____
KRISTEN MCCULLOCH

Attorneys for Plaintiffs

-2-
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

1
2  IT IS SO ORDERED.
3  DATE: June 27, 2006



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-3-
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 450 North Roxbury Drive, 7th Floor, Beverly Hills, California 90210.

On June 22, 2006, I served the foregoing document described as: **JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** on the parties in this action by serving:

Kristen McCulloch, Esq.
Saltzman & Johnson Law Corporation
120 Howard Street, Suite 520
San Francisco, CA 94105
Tel: 415.882.7900
Fax: 415.882.9287

☒ **By Envelope** - by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

☒ **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

☐ **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office at 9680 Santa Monica Boulevard, Beverly Hills, California 90210, on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

☐ **By Facsimile Transmission:** On June 21, 2006 at _____ p.m., I caused the above-named document to be transmitted by facsimile transmission, from fax number 310-275-5697, to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto.

Executed on June 22, 2006, at Beverly Hills, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Julie Reid Ware
PRINT NAME                                    SIGNATURE