```
 1  BROWNE WOODS & GEORGE LLP
    PETER W. ROSS (State Bar # 109741)
 2  G. WARREN BLEEKER (State Bar # 210834)
    450 North Roxbury Drive, Seventh Floor
 3  Beverly Hills, California 90210-4231
    Tel. (310) 274-7100 / Fax (310) 275-5697
 4
    Attorneys for Defendant Advance Building Maintenance
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11
12  CALIFORNIA SERVICE EMPLOYEES      )  Case No. C 06 3078 CRB
    HEALTH & WELFARE TRUST FUND,      )
13  MIKE GARCIA, Trustee, RAYMOND C.  )
    NANN, Trustee, LARRY T. SMITH,    )  JOINT STIPULATION AND
14  Trustee,                          )  [PROPOSED] ORDER TO
                                      )  CONTINUE CASE
15              Plaintiffs,           )  MANAGEMENT CONFERENCE
                                      )
16       vs.                          )
                                      )
17  ADVANCE BUILDING                  )
    MAINTENANCE, a California         )
18  corporation                       )  Action Commenced: May 8, 2006
                                      )
19              Defendant.            )
                                      )
20  _____    )
```

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

# FACTUAL RECITATION

1. WHEREAS, Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, RAYMOND C. NANN, and LARRY T. SMITH ("Plaintiffs") and Defendant ADVANCE BUILDING MAINTENANCE ("Defendant") (collectively, the "parties") attended a mediation session on October 27, 2006 and were able to narrow the contested issues between the parties; and

2. WHEREAS, Defendant agreed to produce additional support for its positions to Plaintiffs by November 27, 2006; and

3. WHEREAS, the parties agreed that the Trust's accountants may ask Defendant for additional documentation on certain employees; and

4. WHEREAS, Plaintiffs agreed to review the Defendant's additional materials and make a new settlement proposal to Defendant; and

5. WHEREAS, the parties agreed to notify the mediator by December 27, 2006 whether the mediation is still open;

## STIPULATION

The parties hereby stipulate to, and respectfully request that:

The case management conference scheduled for Friday, November 3 at 8:30 a.m. be continued to Friday, December 15, 2006 at 8:30 a.m.

IT IS SO STIPULATED.

Dated: November 1, 2006

BROWNE WOODS & GEORGE LLP
PETER W. ROSS
G. WARREN BLEEKER

By _____
G. WARREN BLEEKER

Attorneys for Defendant

Dated: November \_, 2006

SALTZMAN & JOHNSON LAW CORPORATION
PHILIP M. MILLER
KRISTEN MCCULLOCH

By _____
KRISTEN MCCULLOCH

Attorneys for Plaintiffs

## ~~PROPOSED ORDER~~

IT IS SO ORDERED.

Dated: November 02, 2006

_____
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]