UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND,<br><br>    Plaintiff(s),<br><br>v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>    Defendant(s). | No. C06-3078 CRB (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

    Discovery in this matter has been referred to me.  **IT IS HEREBY ORDERED** that a telephone conference to discuss the dispute set forth in plaintiff's motion to compel production dated April 11, 2007 is scheduled for **Friday, April 20, 2007 at 10:00 a.m.**  Counsel for plaintiff shall get counsel for defendant on the line and call the court at **415-522-4093.**

Dated: April 18, 2007

                                             /s/ Bernard Zimmerman
                                               Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\TELEPHONE.CONF.ORD.wpd

1