UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND,<br><br>    Plaintiff(s),<br><br>v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>    Defendant(s). | No. C06-3078 CRB (BZ)<br><br>**BRIEFING ORDER** |

A conference was held on April 20, 2007, to discuss the discovery dispute outlined in plaintiff's Motion to Compel Production of Documents and Interrogatory Responses, filed April 11, 2007. All parties were present and represented by counsel. For the reasons articulated on the record, **IT IS HEREBY ORDERED** as follows:

    1. Consistent with the Initial Discovery Order, the parties will **meet and confer by April 27, 2007**, and make a good faith effort to resolve their dispute in accordance with the views expressed by the court.

    2. If the parties fail to resolve their dispute, plaintiff has leave to supplement its motion to compel by

1 | **May 2, 2007.**  Defendant's opposition shall be filed by **May 11,**
2 | **2007.** Any reply papers shall be filed by **May 16, 2007.**  The
3 | motion will be heard on **Monday, May 30, 2007, at 10:00 a.m.**,
4 | in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
5 | Avenue, San Francisco, California 94102.
6 | Dated: April 20,2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISCOVERY.BRIEFING.ORD.wpd

2