UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>　　　　Defendant(s). | No. C06-3078 CRB (BZ)<br><br>**SECOND ORDER SCHEDULING TELEPHONIC CONFERENCE** |

　　　Having received plaintiffs' motion to shorten time to hear the April 11 motion to compel discovery, and defendant's opposition thereto, **IT IS HEREBY ORDERED** that a telephone conference to discuss the dispute is scheduled for **Monday, June 4, 2007 at 1:30 p.m.**  Counsel should be prepared to address whether entry of the stipulated protective order found on the Court's website (http://www.cand.uscourts.gov/, under the "Forms" link) will resolve this dispute.  Counsel for plaintiff shall get counsel for defendant on the line and call

///

///

1

1 | the court at **415-522-4093.**
2 | Dated: June 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\TELEPHONE.CONF.ORD.2.wpd