PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee, Plaintiffs, vs. ADVANCE BUILDING MAINTENANCE, Defendants. | Case No.: C 06-03078 CRB<br><br>STIPULATION TO PERMIT PLAINTIFFS TO FILE PORTIONS A CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:     August 10, 2007<br>Time:     10:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Judge:    HON. CHARLES R. BREYER |
|---|---|

The parties hereto, through there respective counsel, stipulate that PLAINTIFFS CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, and its trustees MIKE GARCIA, CHARLES GILCHRIST, RAYMOND C. NANN, LARRY T. SMITH, shall be permitted to file document AB001503 as an Exhibit to the Declaration of Kristen McCulloch in Support of Plaintiffs' Motion for Summary Judgment with the portions designated

///
///
///
///
///

- 1 -

STIPULATION TO PERMIT PLAINTIFFS TO FILE PORTIONS
OF A CERTAIN DOCUMENTS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case No.: C 06-03078 CRB

P:\CLIENTS\CSEHT\Cases\ADVA2\Pleadings\Stip. to File Docs in Support of MSJ 070107.doc

as "CONFIDENTIAL" (i.e., the employee social security numbers) redacted.

| July 2, 2007 at San Francisco, California. | Saltzman & Johnson Law Corporation |
| --- | --- |
| | Philip M. Miller |
| | Kristen McCulloch |

                                          /S/
Kristen McCulloch,
Attorneys for Plaintiffs

July 2, 2007 at San Francisco, California.    Browne Woods & George LLP
                                                                   Peter W. Ross
                                                                   G. Warren Bleeker

                                          /S/
Peter W. Ross,
Attorneys for Defendant

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Charles R. Breyer — 07/05/07]

- 2 -

**STIPULATION TO PERMIT PLAINTIFFS TO FILE PORTIONS OF A CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
**Case No.: C 06-03078 CRB**

P:\CLIENTS\CSEHT\Cases\ADVA2\Pleadings\Stip. to File Docs in Support of MSJ 070107.doc