UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
CALIFORNIA SERVICE EMPLOYEES )
HEALTH & WELFARE TRUST FUND, )
et al.,                      )    No. C06-3078 CW (BZ)
                             )
        Plaintiff(s),        )    ORDER GRANTING DEFENDANT'S
                             )    APPLICATION TO SHORTEN TIME
    v.                       )
                             )
ADVANCE BUILDING             )
MAINTENANCE,                 )
                             )
        Defendant(s).        )
                             )
```

Having been referred defendant's application to shorten time to hear its motion to enforce stipulated protective order and for civil contempt sanctions [Docket No. 105], **IT IS ORDERED** as follows:

1) No opposition having been filed, the application to shorten time is **GRANTED**;

2) Any opposition to defendant's motion will be filed by **Tuesday, September 4, 2007**;

3) Any reply will be filed by **Monday, September 10, 2007**;

4) After reviewing the papers, the Court will notice an

///

1

1 | appropriate hearing.

2 | Dated: August 24, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\Order Grant Mot Shorten Time.wpd