UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>        Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION FOR ORDER SHORTENING TIME, AND BRIEFING ORDER** |

Having considered plaintiffs' September 13 application for an order shortening time to hear its motion to compel discovery [Docket No. 149], oppositions by defendant and third-party Steven J. Vallen, and plaintiffs' reply, I see no need for argument or further briefing.  Plaintiffs have failed to identify a "substantial harm or prejudice that would occur" without the requested modification.  <u>See</u> Civil Local Rule 6-3(a)(3).  I agree with defendant and third-party Vallen that the schedule proposed by plaintiffs would create undue burden and potentially prejudice their ability to defend against the motion.  Therefore, plaintiff's application to shorten time is

1

**DENIED.** However, in light of plaintiffs' counsel's unavailability for much of October, **IT IS FURTHER ORDERED** as follows:

1. Oppositions to plaintiff's September 13 motion to compel discovery will be filed by **Thursday, September 27, 2007**;

2. Any reply will be filed by noon on **Tuesday, October 2, 2007**;

3. If the Court concludes that a hearing on the motion is necessary, it will be heard as noticed on **Wednesday, October 31, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 18, 2007

                                        Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\ORDER..DENY.MOT.SHORT.TIME.wpd