UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>            Plaintiff(s),<br><br>     v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>            Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR CLARIFICATION AND RECONSIDERATION** |

Plaintiffs' September 18, 2007 request for clarification and reconsideration of my September 7, 2007 Order is **DENIED**. Insofar as the request constitutes a motion for reconsideration, such a motion is inappropriate. See Commentary to Civil Local Rule 7-9(a). Insofar as plaintiff questions the level of confidentiality to be accorded the protectable information, the parties' stipulated protective order makes clear that the designation controls, and how the designation can be challenged. I made no findings as to how confidential the information is - only that it is subject to a sealing order. My order does not foreclose a challenge to

1

defendant's designation once such designation is perfected.

Dated: September 19, 2007

                                        Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\ORDER.DENY.MOT.RECONSIDER.wpd