UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ADVANCE BUILDING MAINTENANCE, <br><br> Defendant(s). | No. C06-3078 CW (BZ) <br><br> **FOURTH DISCOVERY ORDER** |

Having considered plaintiffs' motion to compel production of documents and deposition pursuant to subpoenas served on non-party Steven J. Vallen and for sanctions, the opposition papers filed by defendant and Mr. Vallen, and plaintiffs' reply, I see no need for further argument. Accordingly, the October 31, 2007 hearing date is **VACATED**. **IT IS FURTHER ORDERED** as follows:

    1. Plaintiffs' motion is **GRANTED** as to document request no's. 1(a), 1(c), 1(d), 1(e), 1(f), 1(h), 1(i), 1(j), and

///

///

1

1(s).[1]

2. In the interest of expediting discovery, plaintiffs' motion is **GRANTED** as to document request no. 1(l) limited to cash disbursements over $1,000.

3. Plaintiffs' motion is **DENIED** as to document request no's. 1(g), 1(m), 1(n), 1(o), 1(p), 1(q) and 1(r), on the bases of overbreadth and irrelevancy.

4. Plaintiffs' motion is **DENIED** as to document request no's. 1(b) and 1(t) on the basis of irrelevancy.

5. Plaintiffs' motion to compel the production of tax returns is **DENIED** without prejudice to renewal should they determine a need after reviewing the documents produced pursuant to this Order.

6. Inasmuch as plaintiffs' requests call for the production of privileged information, Mr. Vallen is expected to abide by the procedures set forth in Federal Rule of Civil Procedure 45(d)(2)(A).

7. Inasmuch as plaintiffs' requests call for the production of confidential information, Mr. Vallen and defendant are expected to comply with the protective order in place in this matter.

8. Mr. Vallen will produce all responsive documents by **Monday, October 22, 2007.**

9. Plaintiffs' motion is **GRANTED** with respect to the

---

[1] Insofar as Mr. Vallen and defendant challenge plaintiffs' motion on the grounds that its filing did not comport the process outlined in my Initial Discovery Order, the involvement of a non-party and the particular circumstances of this case weigh against strict application of those terms of my Order.

deposition of Mr. Vallen.  The parties will meet and confer in good faith to determine an appropriate time and place for deposition.

10. Plaintiffs', defendant's and Mr. Vallen's motions for sanctions are **DENIED**.  See Civil Local Rule 7-8.

11. The parties' handling of discovery has thus far been antithetical to the goal of securing a "just, speedy, and inexpensive determination of [this] action."  Fed. R. Civ. P. 1.  The parties are admonished that if their behavior does not improve, the Court will consider the appointment of a discovery referee.

Dated: October 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.4.wpd