**FILED**

NOV 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>    Plaintiffs,<br><br>  v.<br><br>ADVANCE BUILDING MAINTENANCE and FORREST NOLIN,<br><br>    Defendants.<br>_____/ | No. C 06-3078 CW<br><br>NOTICE TAKING DEFENDANT NOLIN'S MOTION TO DISMISS OR TRANSFER UNDER SUBMISSION |

Notice is hereby given that the Court, on its own motion, shall take Defendant Forrest Nolin's motion to dismiss or transfer under submission on the papers. The hearing previously scheduled for November 29, 2007 is vacated.

Dated: NOV 20 2007

CLAUDIA WILKEN
United States District Judge