UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>　　　　Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTES** |

　　A hearing on the discovery disputes set forth in plaintiff's letter dated December 26, 2007 is scheduled for **January 4, 2008 at 9:00 a.m.** Counsel for plaintiff shall get counsel for defendant on the line and call the court at **415-522-4093.**

Dated: December 28, 2007

　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\TELEPHONE.CONF.ORD.3.wpd

1