United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,

    Plaintiffs,

  v.

ADVANCE BUILDING MAINTENANCE and FORREST NOLIN,

    Defendants.
_____/

No. C 06-3078 CW

ORDER OVERRULING DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

On December 6, 2007, Plaintiffs filed a motion for leave to file a second amended complaint and noticed the motion for hearing on January 10, 2008. The e-filed versions of the notice of motion, the memorandum of points and authorities in support of that motion, a declaration filed in support of that motion and the proposed order granting the motion were incomplete, with some lines of text cut off. (Docket Nos. 217, 218, 219, 221).[1] On December 12, 2007, Defendants informed Plaintiffs that the e-filed version of the documents were defective.[2] On December 13, 2007, Plaintiffs e-filed and provided Defendants with complete versions of those

---

[1] There were similar problems with Plaintiffs' concurrently filed motion for writ of attachment, but Defendants have not filed any objection or opposition to that motion.

[2] Defendants state that they never received paper copies of the filings. Plaintiffs state that they mailed paper copies.

documents as well as other documents filed in relation to the motion for writ of attachment. (Docket Nos. 227-38).

On December 21, 2007, the date their opposition to the motions was due, Defendants instead filed an objection to Plaintiffs' motion for leave to file a second amended complaint, arguing that, due to the missing text, they did not receive the thirty-five days notice provided for by Civil Local Rule 7-2. The Court has reviewed both versions of the e-filed documents and finds that little, if any, substantive material was missing from the versions e-filed on December 6. Further, Defendants have now had complete versions of the documents for almost three weeks. Therefore, the Court denies Defendants' objection to Plaintiffs' motion for leave to file a second amended complaint. The motion will be heard along with Plaintiffs' motion for writ of attachment as scheduled on Thursday, January 10, 2008. Defendants may file any opposition to the motion by 12:00 PM on Monday, January 7, 2008. If Defendants do so, Plaintiffs may, but need not, file a reply by 5:00 PM on Tuesday, January 8, 2008.

IT IS SO ORDERED.

Dated: 1/2/08

CLAUDIA WILKEN
United States District Judge