UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ADVANCE BUILDING MAINTENANCE, <br><br> Defendant(s). | No. C06-3078 CW (BZ) <br><br> **FIFTH DISCOVERY ORDER** |

Following a telephone conference on January 4, 2008, at which both sides were represented by counsel, **IT IS HEREBY ORDERED** that on **Sunday, January 6, 2008** the deposition of Perla Mosieznicki shall go forward at **9:00 a.m.** and the deposition of Thuy Chung shall go forward at **1:00 p.m.** I have not made a ruling on the issue of whether Ms. Chung is a managing agent pursuant to Federal Rule of Civil Procedure 30.

Dated: January 4, 2008.

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.5.wpd

1