IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>    Plaintiffs,<br><br>  v.<br><br>ADVANCE BUILDING MAINTENANCE and FORREST NOLIN,<br><br>    Defendants.<br>_____/ | No. C 06-3078 CW<br><br>ORDER VACATING ORDER GRANTING IN PART PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT |

On January 8, 2008, the Court issued an order granting in Part Plaintiffs California Service Employees Health & Welfare Trust Fund (Trust) and trustees Mike Garcia, Charles Gilchrist, Raymond Nann and Larry Smith's application for a right to attach order and for a writ of attachment.[1]  Defendant Advance Building Maintenance objects to the order, noting the requirement of a hearing prior to the issuance of any such writ.  Having considered Defendant's objections and good cause appearing therefor, the Court hereby vacates its January 8, 2008 order to the extent it grants

---

[1] The order also granted Plaintiffs' unopposed motion for leave to file a second amended complaint.  This order does not impact the Court's ruling on that motion.

Plaintiffs' application for writ of attachment. The parties shall appear for a hearing on the matter on Thursday, January 17 at 2:00 PM.

Plaintiffs have filed a notice of a stay order issued by the Los Angeles County Superior Court. The Court is aware of no authority permitting the state court to stay a federal case. Unless the parties have authority providing otherwise, this case will proceed.

IT IS SO ORDERED.

Dated: 1/10/08

CLAUDIA WILKEN
United States District Judge