UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>　　　　Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER VACATING TELEPHONIC DISCOVERY CONFERENCE** |

Having been advised that Judge Wilken has continued all matters for 60 days, **IT IS HEREBY ORDERED** that the telephone conference scheduled for January 18, 2008 at 10:00 a.m. is **VACATED**. It is further **ORDERED** that if after the passage of 60 days, plaintiff believes that there remains a dispute that needs resolution, plaintiff shall advise the court and a new conference will be scheduled.

Dated: January 17, 2008

　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\ORDER VACATING TELEPHONIC DISC.CONF.wpd

1