UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., | ) ) ) | No. C06-3078 CW (BZ) |
| Plaintiff(s), | ) ) | **SIXTH DISCOVERY ORDER** |
| v. | ) ) | |
| ADVANCE BUILDING MAINTENANCE, | ) ) ) | |
| Defendant(s). | ) ) ) | |

Following a telephone conference on May 29, 2008, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Defendant is given leave to file a motion for a protective order by **Monday, June 9, 2008.**

2. Any opposition shall be filed by **Friday, June 20, 2008.**

3. Defendant's reply shall be filed by **Friday, June 27, 2008.**

4. If defendant decides not to seek a protective order,

1

1 | the deposition must resume by no later than Tuesday, June 13,
2 | 2008. In the event the defendant's counsel, Mr. Ross, has a
3 | Federal jury trial in the Southern District at this time, the
4 | deposition must resume by no later than **Wednesday, June 25,**
5 | **2008.**
6 |     The court will take any motion under submission and will
7 | rule on the papers or, if necessary, schedule a hearing for
8 | **Wednesday, July 16, 2008.**
9 | Dated: May 30, 2008.

                                    Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.6.wpd