AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

CALIFORNIA SERVICE EMPLOYEES HEALTH &
WELFARE TRUST FUND, etc., et al.
                Plaintiff (s),
V.
ADVANCE BUILDING MAINTENANCE, etc., et al.,
                Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: CV 06 3078 CW

**FILED** JAN 1 2 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Notice is hereby given that, subject to approval by the court, __Forrest I. Nolin__ substitutes
                                                                                     (Party (s) Name)

__Peter W. Ross, BROWNE WOODS GEORGE LLP__ , State Bar No. __109741__ as counsel of record in
(Name of New Attorney)

place of __Peter W. Ross, DREIER STEIN KAHAN BROWNE WOODS GEORGE LLP__
                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BROWNE WOODS GEORGE LLP |
| Address: | 2121 Avenue of the Stars, 24th Fl., Los Angeles, CA 90067 |
| Telephone: | 310.271.7100        Facsimile 310.274.5697 |
| E-Mail (Optional): | pross@bwgfirm.com |

I consent to the above substitution.

Date: January 8, 2009

_(signature)_ 1/8/09
(Signature of Party (s))
Forrest I. Nolin, Individually

I consent to being substituted.

Date: January 8, 2009

_(signature)_
(Signature of Former Attorney (s))
Peter W. Ross for DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP

I consent to the above substitution.
Date: January 8, 2009

_(signature)_
(Signature of New Attorney)
Peter W. Ross for BROWNE WOODS GEORGE LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:    **JAN 1 2 2009**
                                                                     _(signature)_
                                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

213056_1.DOC

American LegalNet, Inc.
www.FormsWorkflow.com