UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>       Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

    Pursuant to this Court's Initial Discovery Order entered on April 18, 2007, plaintiff submitted letters dated July 9, 2009 and July 21, 2009 requesting Court intervention into outstanding discovery disputes.  No defendant has replied to the first letter, so the Court assumes the matter is moot.  Defendants have replied to the second letter.  **IT IS THEREFORE ORDERED** that a telephonic conference is scheduled for **Friday, July 31, 2009 at 9:00 a.m.** to discuss the latter issue.  Counsel shall contact **CourtCall**, telephonic court appearances

///

1

1 at **1-888-882-6878**, and make arrangements for the telephonic
2 conference call.
3 Dated: July 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.7.wpd