UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>            Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER** |

    The Court has been notified that defendants XL Hog and Forrest Nolin sent a letter dated July 13, 2009 to the Court's e-mail box in opposition to plaintiffs' July 9, 2009 letter. Inasmuch as my secretary was on vacation that day, and defendants did not file their letter electronically, it was overlooked.  However it does appear that a controversy as to some of the terms of the protective order remains and the Court will address those issues on Friday morning as well.

    The Court is troubled by the suggestion that plaintiffs are "wasting the parties' time and the Court's time" in connection with this matter.  **IT IS THEREFORE ORDERED** that

1

1 | whoever has the record of the meet and confer session with
2 | regard to the protective order issues **lodge** a copy of the
3 | record with the Court by **5:00 p.m. on Wednesday, July 29,**
4 | **2009.**
5 | Dated: July 27, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.8.wpd