|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., | ) ) ) | No. C06-3078 CW (BZ) |
| Plaintiff(s), | ) ) | **NINTH DISCOVERY ORDER** |
| v. | ) ) | |
| ADVANCE BUILDING MAINTENANCE, | ) ) ) | |
| Defendant(s). | ) ) | |

Following a telephone conference with respect to the outstanding discovery disputes, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.  With respect to the protective order dispute, the parties shall meet and confer in an effort to resolve that dispute in accordance with the views expressed by the Court. If they are unsuccessful, plaintiff has leave to file an appropriate motion.

    2.  With respect to the dispute over interrogatories and document requests, plaintiff has leave to file a motion to compel focusing on defendant's privacy objection.  The Court

1

1  will not entertain a motion with respect to the scope and
2  breath of the discovery, until it has resolved the privacy
3  issue.
4  Dated: July 31, 2009

                                 _____
                                        Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.9.wpd

2