UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>            Plaintiff(s),<br><br>     v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>            Defendant(s). | No. C06-3078 CW (BZ)<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiffs' administrative motion to file its memorandum of points and authorities (*see* Doc. No. 410) and the supporting declaration of Kristen McCulloch (*see* Doc. No. 411) under seal is **DENIED** for failure to comply with Civil Local Rule 79-5.  Under Civil Local Rule 79-5, "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civ. L.R. 79-5(a).  Additionally, " . . . a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal."  Id.  The procedure for requesting a sealing

1

1 | order is set forth in Civil Local Rule 79-5(b)-(c), which
2 | requires, *inter alia*, that an administrative motion to file
3 | under seal be "accompanied by a declaration" that establishes
4 | that the entire document, or any portion thereof, is sealable.
5 | Civ. L.R. 79-5(b)(1), (c)(1).
6 | Dated: August 19, 2009

                            _____
                                  Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\ORDER DENIYING ADMIN MOT TO SEAL.wpd