UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) | No. C06-3078 CW (BZ) |
| Plaintiff(s), | ) ) | **TENTH DISCOVERY ORDER** |
| v. | ) ) | |
| ADVANCE BUILDING MAINTENANCE, | ) ) ) | |
| Defendant(s). | ) ) | |

Following a telephone conference with respect to the outstanding discovery disputes, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Defendants are **ORDERED** to provide the requested verifications required by Federal Rule of Civil Procedure 33(b)(5) by **DECEMBER 21, 2009**.

2. Plaintiffs are given leave to file a discovery motion to address two issues: (1) whether a party has to personally review and respond to a request for documents; (2) plaintiffs may move to compel the production of documents and other discovery regarding defendant Forrest Nolin's personal

1

finances.

3. Plaintiffs shall submit a list and schedule of all remaining discovery in their moving papers. Defendants shall do the same in their response to plaintiff's motion.

4. In conjunction with the hearing on plaintiffs' motion, the Court shall conduct a Rule 16 discovery conference. The Court will notify the parties whether the clients must attend the conference after reviewing the submitted papers.

Dated: December 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.10.FINAL.wpd

2