```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


CALIFORNIA SERVICE EMPLOYEES )
HEALTH & WELFARE TRUST FUND, )
et al.,                      )    No. C06-3078 CW (BZ)
                             )
          Plaintiff(s),       )
                             )
     v.                      )
                             )    FILING ORDER
ADVANCE BUILDING             )
MAINTENANCE,                 )
                             )
          Defendant(s).       )
                             )
_____)
```

    Having read the latest exchange of letters, **IT IS ORDERED** that henceforth the parties shall electronically file all letters to the Court regarding discovery disputes.  The parties are reminded that letters are limited to two pages without attachments.

    The Court is becoming troubled by the laborious manner in which discovery is proceeding.  This may be one of those cases in which providing easy access to the Court simply results in a multiplication of discovery disputes.  The parties are cautioned that if problems of the sort mentioned in the

letters of December 17, 2009 and December 23, 2009 continue, the parties will be asked to consider the appointment of a discovery referee.

Dated: December 29, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.11.wpd

2