```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       NORTHERN DISTRICT OF CALIFORNIA
10
11   CALIFORNIA SERVICE EMPLOYEES)
     HEALTH & WELFARE TRUST FUND,)
12   et al.,                     )       No. C06-3078 CW (BZ)
                                 )
13             Plaintiff(s),     )
                                 )
14        v.                     )
                                 )       ORDER TO SHOW CAUSE
15   ADVANCE BUILDING            )
     MAINTENANCE,                )
16                               )
               Defendant(s).     )
17                               )
                                 )
18
```

19      Plaintiffs' motion to compel did not comply with Local
20 Rule 37-2.  Their failure made it extremely time consuming for
21 the Court to process the motion, in effect, requiring the
22 Court to do the work that counsel would have done had they
23 complied with the Local Rule.
24      Plaintiffs' counsel are **ORDERED** to show cause in writing
25 by **April 21, 2010** why they should not be sanctioned for their
26 failure.  The Court will determine whether a hearing is
27 ///
28 ///

1

1 | necessary after reviewing plaintiffs' response to this Order
2 | to Show Cause.
3 | Dated: April 7, 2010
4 |                                    _____
5 |                                    Bernard Zimmerman
  |                                    United States Magistrate Judge
6 |
7 | G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\ORDER TO SHOW CAUSE.wpd