Case4:06-cv-03078-CW   Document450   Filed04/15/10   Page1 of 3

1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  pmiller@sjlawcorp.com
   kmcculloch@sjlawcorp.com
6
   Attorneys for Plaintiffs
7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, INC. | Case No.: C 06-03078 CW (BZ) |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING REASONABLE FEES RELATED TO PLAINTIFFS' MOTION TO COMPEL** |
| vs. | |
| ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually, | |
| Defendants. | |

The parties hereby jointly agree and stipulate:

1.  Whereas on April 5, 2010, the Court granted in part and denied in part plaintiffs' motion for sanctions. (Document 446.) The Court ordered "That plaintiffs submit a request for fees consistent with this Order and in accordance with Civil Local Rule 54-5(b) by APRIL 15, 2010."

2.  Whereas pursuant to L.R. 54-5 the parties, through their Counsel, met and conferred.

3.  Whereas the Parties jointly want to avoid the time and expense of any further

1 briefing on this issue.

2     4.     The Parties hereby stipulate to entry of an order that defendant Forrest Nolin be
3 sanctioned in the amount of $12,500, payable immediately, but no later than April 30, 2010.

4 Date: April 15, 2010         BROWNE WOODS & GEORGE LLP
Peter W. Ross

By:     /S/
Peter W. Ross,
Attorneys for Defendant Forrest I. Nolin

Date: April 15, 2010         SALTZMAN & JOHNSON LAW CORPORATION
Philip M. Miller
Kristen McCulloch

By:     /S/
Kristen McCulloch,
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 15 Apr 2010

Bernard Zimmerman
United States Magistrate Judge