UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ADVANCE BUILDING MAINTENANCE, <br><br> Defendant(s). | No. C06-3078 CW (BZ) <br><br> **THIRTEENTH DISCOVERY ORDER** |

Having read the exchange of letters about the current discovery disputes, and having in mind the ineffectiveness of prior attempts by the Court to resolve disputes such as these informally, **IT IS HEREBY ORDERED** that plaintiffs have leave to file any appropriate motions they wish with respect to these disputes.

Dated: May 18, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC.ORDER.13.wpd