UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>      Defendant(s). | No. C06-3078 CW (BZ)<br><br>**FOURTEENTH DISCOVERY ORDER** |

Plaintiffs' motion for contempt sanctions is **DENIED WITHOUT PREJUDICE**.  The motion as proposed is not properly before the court as I do not have the authority to issue the relief that plaintiff seeks.  Plaintiffs shall review 28 U.S.C. § 636 prior to re-noticing an appropriate motion either on my calendar or Judge Wilken's calendar.  The motion to shorten time (Doc. No. 457) is **DENIED** as moot.  Plaintiffs' motion to file documents under seal (Doc. No. 454) is **GRANTED.**

Dated: June 4, 2010

                                                          Bernard Zimmerman
                                         United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\DISC ORDER 14.wpd

1