UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ADVANCE BUILDING MAINTENANCE,<br><br>    Defendant(s). | No. C06-3078 CW (BZ)<br><br>**BRIEFING ORDER** |

**IT IS ORDERED** that any opposition to plaintiffs' motion to certify facts constituting contempt (Doc. No. 466) **SHALL** be filed by **JULY 1, 2010**. Any reply shall be filed by **JULY 8, 2010**. The Court will schedule a hearing if necessary.

Dated: June 17, 2010

            _____
            Bernard Zimmerman
            United States Magistrate Judge

G:\BZALL\-REFS\CA.SERVICE EMPLOYEES\BRIEFING ORDER.wpd

1