| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
| | KRISTEN McCULLOCH (SBN 177558) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | pmiller@sjlawcorp.com |
| 5 | kmcculloch@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually, <br><br> Defendants. | Case No.:   C 06-03078 CW BZ <br><br> [~~PROPOSED~~] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNREDACTED VERSIONS UNDER SEAL AND REDACTED PUBLIC RECORDS VERSIONS OF PLAINTIFFS' MOTION FOR: (1) PURSUANT TO 28 U.S.C. § 636(e)(6), MAGISTRATE JUDGE ZIMMERMAN TO CERTIFY THE FACTS CONCERNING ACTS OF CIVIL CONTEMPT OF DEFENDANT FORREST I. NOLIN AND ISSUE AN ORDER FOR DEFENDANT FORREST I. NOLIN TO APPEAR BEFORE JUDGE WILKEN TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CIVIL CONTEMPT; AND (2) PURSUANT TO 28 U.S.C. § 636(e)(6) AND FED. R. CIV. P. 37(b)(2)(A), JUDGE WILKEN TO FIND DEFENDANT FORREST I. NOLIN IN CONTEMPT OF TWO PRIOR COURT ORDERS, THE RELATED SUPPORTING DECLARATION AND A RELATED [PROPOSED] ORDER |

UPON consideration of Plaintiffs' Administrative Motion To File Unredacted Versions Under Seal And Redacted Public Records Versions Of Plaintiffs' Motion For: (1) Pursuant To 28 U.S.C. § 636(E)(6), Magistrate Judge Zimmerman To Certify The Facts Concerning Acts Of Civil Contempt Of Defendant Forrest I. Nolin And Issue An Order For Defendant Forrest I. Nolin To Appear Before Judge Wilken To Show Cause Why He Should Not Be Held In Civil Contempt; And (2) Pursuant To 28 U.S.C. § 636(E)(6) And Fed. R. Civ. P. 37(B)(2)(A), Judge Wilken To

1

1  Find Defendant Forrest I. Nolin In Contempt Of Two Prior Court Orders, The Related Supporting
2  Declaration And A Related [Proposed] Order
3       It is hereby ORDERED that:
4       Plaintiffs' Administrative Motion To File Unredacted Versions Under Seal And Redacted
5  Public Records Versions Of Plaintiffs' Motion For: (1) Pursuant To 28 U.S.C. § 636(E)(6),
6  Magistrate Judge Zimmerman To Certify The Facts Concerning Acts Of Civil Contempt Of
7  Defendant Forrest I. Nolin And Issue An Order For Defendant Forrest I. Nolin To Appear
8  Before Judge Wilken To Show Cause Why He Should Not Be Held In Civil Contempt; And (2)
9  Pursuant To 28 U.S.C. § 636(E)(6) And Fed. R. Civ. P. 37(B)(2)(A), Judge Wilken To Find
10 Defendant Forrest I. Nolin In Contempt Of Two Prior Court Orders, The Related Supporting
11 Declaration And A Related [Proposed] Order is granted.
12      Plaintiffs shall, pursuant to Civil Local Rule 79-5 [General Order No. 62(5)], file on the
13 Court's Electronic Case Filing ("ECF") system Unredacted Versions Under Seal And Redacted
14 Public Records Versions of:
15      (1) Motion For: (1) Pursuant To 28 U.S.C. § 636(E)(6), Magistrate Judge Zimmerman To
16 Certify The Facts Concerning Acts Of Civil Contempt Of Defendant Forrest I. Nolin And Issue
17 An Order For Defendant Forrest I. Nolin To Appear Before Judge Wilken To Show Cause Why
18 He Should Not Be Held In Civil Contempt; And (2) Pursuant To 28 U.S.C. § 636(E)(6) And Fed.
19 R. Civ. P. 37(B)(2)(A), Judge Wilken To Find Defendant Forrest I. Nolin In Contempt Of Two
20 Prior Court Orders;
21      (2) Declaration Of Kristen Mcculloch In Support Of Motion For: (1) Pursuant To 28
22 U.S.C. § 636(E)(6), Magistrate Judge Zimmerman To Certify The Facts Concerning Acts Of Civil
23 Contempt Of Defendant Forrest I. Nolin And Issue An Order For Defendant Forrest I. Nolin To
24 Appear Before Judge Wilken To Show Cause Why He Should Not Be Held In Civil Contempt;
25 And (2) Pursuant To 28 U.S.C. § 636(E)(6) And Fed. R. Civ. P. 37(B)(2)(A), Judge Wilken To
26 Find Defendant Forrest I. Nolin In Contempt Of Two Prior Court Orders;
27      (3) [Proposed] Order Regarding Plaintiffs' Motion For Contempt Sanctions Related To
28 Defendant Forrest I. Nolin's Contempt Of Two Prior Court Orders.

Plaintiffs shall also file on the Court's ECF system an Unredacted Public Records Versions of the related [Proposed] Order Certifying Facts And Order For Defendant Nolin To Appear Before The Honorable Judge Claudia Wilken To Show Cause Why He Should Not Be Adjudged In Contempt By Reason Of The Facts So Certified.

IT IS SO ORDERED:

Dated: 6 July 2010

HON. BERNARD ZIMMERMAN
U.S. DISTRICT COURT MAGISTRATE JUDGE

3

ORDER RE. MOTION
TO FILE UNDER SEAL
Case No.: C 06-03078 CW BZ