1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, | CASE NO. C 06 3078 CW  **ORDER RE STIPULATION OF ALL PARTIES TO (1) CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT FROM AUGUST 5, 2010 TO AUGUST 26, 2010 AND (2) ESTABLISH BRIEFING SCHEDULE** |
| Plaintiffs, | |
| vs. | New Date: August 26, 2010 |
| ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually, | Time:      2:00 P.M. Judge:     Hon. Claudia Wilken Location:  Courtroom 2                Fourth Floor                1301 Clay Street.                Oakland, CA 94612 |
| Defendants. | |

22
23
24
25
26
27
28

250030_1.DOC

Upon consideration of the parties' Stipulation Of All Parties To (1) Continue The Hearing On Plaintiffs' Motion For Partial Summary Judgment From August 5, 2010 To August 26, 2010, at 2:00 p.m. in Courtroom 2, Fourth Floor, 13031 Clay Street, Oakland, CA 94612 and (2) Establish Briefing Schedule, it is hereby ORDERED that the briefing schedule for plaintiffs' Motion for Partial Summary Judgment is modified as follows:

| | |
|---|---|
| Opposition Brief: | July 29, 2010 |
| Reply Brief: | August 12, 2010 |
| Hearing: | August 26, 2010 |

IT IS SO ORDERED.

Dated: 7/13/2010

Hon. Claudia Wilken
U.S. District Court Judge

Submitted by:

BROWNE WOODS GEORGE LLP


By /s/ Peter W. Ross
    Peter W. Ross

Attorneys for Defendants
FORREST I. NOLIN and XL HOG, INC.

250030_1.DOC                -2-

[PROPOSED] ORDER RE STIP. OF ALL PARTIES TO (1) CONTINUE THE HEARING ON PLAINTIFFS' MTN. FOR PARTIAL SUMMARY JUDGMENT FROM AUGUST 5, 2010 TO AUGUST 26, 2010 AND (2) ESTABLISH BRIEFING SCHEDULE