1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually,<br><br>Defendants. | CASE NO. C 06 3078 CW<br><br>**ORDER RE DEFENDANTS' NOTICE OF AND ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND REDACTED VERSIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; POINTS AND AUTHORITIES, DECLARATIONS, REQUEST FOR JUDICIAL NOTICE, AND [PROPOSED] ORDER**<br><br>Date:   August 26, 2010<br>Time:   2:00 P.M.<br>Judge:  Hon. Claudia Wilken<br>Place:  Courtroom 2,<br>        Fourth Floor<br>        1301 Clay Street<br>        Oakland, CA 94612<br><br>Action Commenced: May 8, 2008 |

254268_1.DOC

1  UPON consideration of Defendants' Administrative Motion to File Unredacted Versions
2  Under Seal and Redacted Public Records Versions Of Defendants' Opposition to Plaintiffs'
3  Motion for Partial Summary Judgment; Defendants' Motion for Partial Summary Judgment;
4  Defendants' Points and Authorities in Support Thereof, Related Supporting Declarations; Request
5  for Judicial Notice; and the Related [Proposed] Order.

6  It is hereby ORDERED that:

7  Defendants' Administrative Motion to File Unredacted Versions Under Seal and Redacted
8  Public Records Versions of Defendants' Opposition to Plaintiffs' Motion for Partial Summary
9  Judgment; Defendants' Motion for Partial Summary Judgment; Defendants' Points and
10  Authorities in Support Thereof, Related Supporting Declarations; Request for Judicial Notice;
11  and Related [Proposed] Order is granted.

12  Defendants shall, pursuant to Civil Local Rule 79-5 [General Order No. 62(5)], file on the
13  Court's Electronic Case Filing ("ECF") system Unredacted Versions Under Seal and Redacted
14  Public Records Versions of:

15  (1) Opposition to Plaintiffs' Motion for Partial Summary Judgment; Defendants' Motion
16  for Partial Summary Judgment; Defendants' Points and Authorities in Support Thereof
17  (2) Declaration of Peter W. Ross;
18  (3) Declaration of Kip Jones;
19  (4) Declaration of Robert Wunderlich;
20  (5) Declaration of Forrest Nolin;
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

(6) Request for Judicial Notice; and

(7) [Proposed] Order Granting Defendant's Motion for Partial Summary Judgment.

IT IS SO ORDERED:

Dated: August 13, 2010

_____
Hon. Claudia Wilken,
U.S. District Court Judge

Submitted by:
Browne Woods George LLP

By /s/ Peter W. Ross
     Peter W. Ross

Attorneys for Defendants
Forrest Nolin and XL Hog, Inc.

254268_1.DOC

-3-

[AMENDED PROPOSED] ORDER RE DEFENDANTS' NOTICE OF AND
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL