PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually,<br><br>    Defendants. | Case No.:   C 06-03078 CW<br><br>ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNREDACTED VERSIONS UNDER SEAL AND REDACTED PUBLIC RECORDS VERSIONS OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, TWO RELATED SUPPORTING DECLARATIONS AND REVISED [PROPOSED] ORDER THEREON |

UPON consideration of Plaintiffs' Administrative Motion to File Unredacted Versions Under Seal and Redacted Public Records Versions Of Plaintiffs' Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendants' Cross-Motion for Partial Summary Judgment, Two Related Supporting Declarations and Revised [Proposed] Order Thereon,

It is hereby ORDERED that:

1  Plaintiffs' Administrative Motion to File Unredacted Versions Under Seal and Redacted Public Records Versions of Plaintiffs' Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendants' Cross-Motion for Partial Summary Judgment, Two Related Supporting Declarations and Revised [Proposed] Order Thereon is granted.

Plaintiffs shall, pursuant to Civil Local Rule 79-5 [General Order No. 62(5)], file on the Court's Electronic Case Filing ("ECF") system Unredacted Versions Under Seal and Redacted Public Records Versions of:

(1) Plaintiffs' Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendants' Cross-Motion for Partial Summary Judgment;

(2) Supplemental Declaration of Philip M. Miller Support of Plaintiffs' Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendants' Cross-Motion for Partial Summary Judgment, and Exhibit A thereto;

(3) Supplemental Declaration of Kristen McCulloch in Support of Plaintiffs' Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendants' Cross-Motion for Partial Summary Judgment, and Exhibits A through J, thereto; and

(4) Revised [Proposed] Order Regarding Plaintiffs' Motion for Partial Summary Judgment and Defendants' Cross-Motion for Partial Summary Judgment.

IT IS SO ORDERED:

Dated:  8/13/2010

HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 12, 2010, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNREDACTED VERSIONS UNDER SEAL AND REDACTED PUBLIC RECORDS VERSIONS OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, TWO RELATED SUPPORTING DECLARATIONS AND REVISED [PROPOSED] ORDER THEREON

XX   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

XX   **E-MAIL**: as a courtesy, I caused copies of the same to be sent to the persons listed below at the respective e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___   **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___   **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

| | |
|---|---|
| Peter W. Ross | Steven M. Spector |
| Browne Woods & George LLP | Buchalter Nemer, A Prof. Law Corp. |
| 2121 Avenue of the Stars, 24th Floor | 1000 Wilshire Blvd., Suite 1500 |
| Los Angeles, CA 90067 | Los Angeles, CA 90017 |
| Fax: 310-275-5697 | Fax: (213) 630-5611 |
| pross@bwgfirm.com | sspector@buchalter.com |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of August, 2010 at San Francisco, California.

                                    /S/
                                 Julie Jellen

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Order Re Admin Motion 081210.doc