IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADVANCE BUILDING MAINTENANCE, INC.; XL HOG, INC.; and FORREST I. NOLIN, individually,<br><br>    Defendants. | No. 06-03078 CW<br><br>ORDER ENJOINING PAYMENTS TO FORREST I. NOLIN |

Until the Court issues its order on the parties' summary judgment motions, the Court enjoins Defendants from transferring money to, or for the benefit of, Forest I. Nolin other than a monthly salary of up to $12,000.  Payments for Nolin's salary may be made to compensate his work from August 1, 2010 henceforth, not to compensate his prior work.  The Court also enjoins Defendants from withdrawing any funds from Morgan Stanley account no. 255-042420-202 that would cause the balance to drop below $2 million.

   IT IS SO ORDERED.

Dated: 08/27/10

_____
CLAUDIA WILKEN
United States District Judge