UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SERVICE EMPLOYEES HEALTH &
WELFARE TRUST FUND, et al.,

      Plaintiffs,

v.

ADVANCE BUILDING MAINTENANCE,

      Defendant.

NO. C 06-03078 CW

**MINUTE ORDER**
Date: August 26, 2010

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Phillip M. Miller

**Appearances for Defendant:**
Peter Ross

### Motions:

| Party | Motion | Status |
|---|---|---|
| Plaintiff | Motion for Partial Summary of Judgment | Under Submission |
| Plaintiff | Motion to Strike Defendants' Demand for Jury Trial | Under Submission |
| Defendant | Motion for Partial Summary Judgment | Under Submission |

Order to be prepared by: Court

Notes:   The motions are argued and submitted by the parties, and taken under submission by the Court.  Temporary orders as recited on the record shall remain in effect until the Court issues a ruling on the motions.

Copies to:  Chambers