PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually,<br><br>    Defendants. | **CASE NO.: C 06-03078 CW**<br><br>**JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:    SEPTEMBER 30, 2010<br><br>Time:    2:00 P.M.<br><br>Judge:    HON. CLAUDIA WILKEN<br><br>Location:  COURTROOM 2<br>            FOURTH FLOOR<br>            1301 Clay Street<br>            Oakland, CA 94612 |

Plaintiffs California Service Employees Health & Welfare Trust Fund and its Trustees ("Plaintiffs") jointly with Defendants XL Hog, Inc. ("Defendant XL Hog") and Forrest I. Nolin ("Defendant Nolin"), in the above-entitled action jointly, through their respective counsel, hereby stipulate to and request that the Court order that the Case Management Conference currently set for September 30, 2010 be vacated and reset to for November 4, 2010.

1) On September 22, 2010, Plaintiffs and Defendants Nolin and XL Hog participated in a settlement conference with Chief Magistrate Judge Maria-Elena James serving as the settlement judge (see Docket 540).

2) The settlement process is continuing and, if successful, will relieve the need for a Case Management Conference and thereby saving the Court's time and preserving its resources.

3) Also, if settlement is not successful, Plaintiffs intend to file a request for leave to file a Fourth Amended Complaint, with a hearing date of November 4, 2010.

4) Therefore, Plaintiffs and Defendants Nolin and XL Hog jointly, through their respective counsel, request as follows:

1. The Case Management Conference date of September 30, 2010 is vacated.

2. The Case Management Conference date re-set to November 4, 2010 at 2:00 p.m. or _____ \_\_\_\_\_, 2010 at 2:00 p.m.

Date: September 23, 2010         SALTZMAN & JOHNSON LAW CORPORATION
                                 Philip M. Miller
                                 Kristen McCulloch

                                 By:              /S/
                                       Kristen McCulloch, Attorneys for Plaintiffs

Date: September 23, 2010         BROWN WOODS GEORGE LLP
                                 Peter W. Ross

                                 By:              /S/
                                       Peter W. Ross, Attorneys for Defendants XL
                                       Hog, Inc. and Forrest I. Nolin

2   JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Extend CMC 092310.DOC

CASE NO.: C06-03078 CW

ORDER

1. The Case Management Conference date of September 30, 2010 is vacated.

2. The Case Management Conference date is re-set to December 2, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 9/27/2010

The Honorable CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On September 23, 2010, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**JOINT REQUEST AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE**

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

___  **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___  **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

___  **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

| | |
|---|---|
| Peter W. Ross<br>Browne Woods & George LLP<br>2121 Avenue of the Stars, 24th Floor<br>Los Angeles, CA 90067<br><br>Fax: 310-275-5697<br>pross@bwgfirm.com | Steven M. Spector<br>Buchalter Nemer, A Prof. Law Corp.<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br><br>Fax: (213) 630-5611<br>sspector@buchalter.com |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of September, 2010 at San Francisco, California.

_____/S/_____
Julie Jellen