PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually,<br><br>Defendants. | CASE NO.:  C 06-03078 CW<br><br>**DECLARATION OF PHILIP M. MILLER IN SUPPORT OF MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Date:         November 18, 2010<br><br>Time:        2:00 P.M.<br><br>Judge:      HON. CLAUDIA WILKEN<br><br>Location:  COURTROOM 2<br>                   FOURTH FLOOR<br>                   1301 Clay Street<br>                   Oakland, CA 94612 |

I, Philip M. Miller, state that I have first-hand personal knowledge of the following facts and if called as a witness, I could testify competently thereto:

1. I am an attorney at law licensed to practice in the State of California and in the United States District Court for the Northern District of California.  I am a shareholder of Saltzman & Johnson Law Corporation, counsel for Plaintiffs in the above captioned matter.

2. I am legal counsel for Plaintiffs California Service Employees Health & Welfare Trust Fund ("Plaintiff Trust") and its Board of Trustees, including the above named Trustees, and am an attorney of record for Plaintiffs in this the matter.

1     3.     Attached hereto as Exhibit A is a copy of the proposed Fourth Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct and if called to testify, I could competently testify thereto.

Executed this 7th day of October, 2010, at San Francisco, California.

                             /S/
                      Philip M. Miller

2     DECLARATION OF PHILIP M. MILLER
IN SUPPORT MOTION FOR LEAVE
TO FILE FOURTH AMENDED COMPLAINT
Case No.: C 06-03078 CW

P:\CLIENTS\CSEHT\Cases\ADVA2\Pleadings\4th Amnd Cmplt\4th Amend Decl 100710.doc

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 7, 2010, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**DECLARATION OF PHILIP M. MILLER IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE
FOURTH AMENDED COMPLAINT**

XX  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

___  **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___  **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

___  **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

| | |
|---|---|
| Peter W. Ross<br>Browne Woods & George LLP<br>2121 Avenue of the Stars, 24th Floor<br>Los Angeles, CA 90067<br><br>Fax: 310-275-5697<br>pross@bwgfirm.com | Steven M. Spector<br>Buchalter Nemer, A Prof. Law Corp.<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br><br>Fax: (213) 630-5611<br>sspector@buchalter.com |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of October, 2010 at San Francisco, California.

_____/S/_____<br>Julie Jellen

P:\CLIENTS\CSEHT\Cases\ADVA2\Pleadings\4th Amnd Cmplt\4th Amend Decl 100710.doc