Time: 3 hr/s.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** November 3, 2010
**TITLE:** Ca Service Employees Health -v- Advance Building Maintenance        **Case #:** C-06-3078 CW

### APPEARANCES:

**FOR PLAINTIFF:**                                    **FOR DEFENDANT:**

Philip M. Miller                                     Pete Ross

**Deputy Clerk:** Brenda Tolbert                      **Reptr:** Catherine Edwards

### PROCEEDINGS:

| | |
|---|---|
| ____ | Case Management |
| ____ | Further Case Management |
| ____ | Further Status |
| ____ | Jury Trial |
| X | Settlement Conference (Length: 3 hr/s.) |
| ____ | Evidentiary Hearing |
| ____ | Examination of Judgment Debtor |
| ____ | Motion |
| ____ | Other |

### ORDER/RESULTS:

Settlement Conference Held.  Parties have reached a tentative Settlement.

**Case Continued To** _____ **For:** _____
**Case Referred To:** _____ **For:** _____

**ORDER TO BE PREPARED BY:** Parties