| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
| | KRISTEN McCULLOCH (SBN 177558) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | pmiller@sjlawcorp.com |
| 5 | kmcculloch@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE, INC. | CASE NO.: C 06-03078 CW |
| | **JOINT STIPULATION FOR DEFERRAL OF ALL DATES AND ORDER** |
| Plaintiffs, | |
| vs. | |
| ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually, | |
| Defendants. | |

On November 3, 2010 representatives of Plaintiffs California Service Employees Health & Welfare Trust Fund and its above named members of its Board of Trustees and Defendants XL Hog, Inc. and Forrest I. Nolin and their respective counsel participated in a second settlement conference before Chief Magistrate Judge Maria-Elena James.  *See* Docket No. 552.

As a result of the settlement conference, Plaintiffs and Defendant XL Hog, Inc. reached a tentative settlement of the case that would resolve all claims.  *See* Docket No. 552.

As part of the tentative settlement agreement, the parties mutually agreed stipulate to and request that the Court defer all pending dates in this matter until after December 31, 2010 in order to allow the parties time to finalize the terms of the settlement agreement.

1 | WHEREFORE, Plaintiffs and Defendant jointly request that the Court to issue an Order
2 | deferring all dates until after December 31, 2010.
3 | Respectfully Submitted,

4 | Date:  November 4, 2010          BROWNE WOODS & GEORGE LLP
                                     Peter W. Ross

By: _____/S/_____
   Peter W. Ross,
   Attorneys for Defendant Forrest I. Nolin

Date:  November 4, 2010          SALTZMAN & JOHNSON LAW CORPORATION
                                 Philip M. Miller
                                 Kristen McCulloch

By: _____/S/_____
   Kristen McCulloch,
   Attorneys for Plaintiffs

IT IS SO ORDERED.  Motions will be heard on January 20, 2011 at 2:00 p.m., Pretrial Conference on February 8, 2011 at 2:00 p.m., and 7 day Jury Trial starting February 22, 2011, 8:30 a.m.

Dated:   11/10/2010

_____
CLAUDIA WILKEN
United States District Judge

2   **JOINT STIPULATION FOR DEFERRAL OF ALL DATES; P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**
Case No.:  C 06-03078 CW

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Stip re Defer Dates Settle 110410.DOC

**PROOF OF SERVICE**

I, the undersigned, declare:

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    On November 4, 2010, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**JOINT STIPULATION FOR DEFERRAL OF ALL DATES AND [PROPOSED ORDER**

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

\_\_\_  **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

\_\_\_  **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

\_\_\_  **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

| | |
|---|---|
| Peter W. Ross<br>Browne Woods George LLP<br>Attorneys for XL Hog, Inc. and<br>   Forrest I. Nolin<br>2121 Avenue of the Stars, 24th Floor<br>Los Angeles, CA 90067<br><br>Facsimile: (310) 275-5697<br>Email: PRoss@bwgfirm.com | Steven M. Spector<br>Buchalter Nemer, a Prof. Law Corporation<br>Attorneys for Joel B. Weinberg, Receiver<br>1000 Wilshire Boulevard, Ste. 1500<br>   Los Angeles, California 90017-2457<br><br>Facsimile: (213) 630-5611<br>Email: sspector@buchalter.com |

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of November, 2010 at San Francisco, California.

                                                      /S/
                                               Julie Jellen