UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee, and CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND derivatively on behalf of ADVANCE BUILDING MAINTENANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCE BUILDING MAINTENANCE, INC., XL HOG, INC. and FORREST I. NOLIN, individually,<br><br>Defendants. | CASE NO. C 06 3078 CW<br><br>**ORDER DISMISSING THE CASE**<br><br>Action Commenced: May 8, 2006 |

266717_1.DOC

[~~PROPOSED~~] ORDER DISMISSING THE CASE

Based on the stipulation of the parties, and good cause therefor appearing, the Court hereby orders as follows:

1. Plaintiffs' request to hold Forrest Nolin in contempt is deemed withdrawn.
2. Any and all injunctions limiting or restraining the use by XL Hog, Inc. and/or Forrest Nolin of their assets are hereby vacated.
3. This lawsuit is dismissed with prejudice.

Dated: **1/3/2011**

Hon. Claudia Wilken,
Judge of the District Court

Submitted by:

SALTZMAN & JOHNSON LAW CORPORATION
Philip M. Miller
Kristen McCulloch

By /s/ Kristen McCulloch
    Kristen McCulloch
Attorneys for Plaintiffs


BROWNE WOODS GEORGE LLP
Peter W. Ross
Cheryl Priest Ainsworth

By /s/ Peter W. Ross
    Peter W. Ross
Attorneys for Defendants
FORREST I. NOLIN and XL HOG, INC.

266717_1.DOC -2-

[PROPOSED] ORDER DISMISSING THE CASE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 Avenue of the Stars, 24th Fl., Los Angeles, CA 90067.

On January 3, 2011, I served the foregoing document described as: **[PROPOSED] ORDER DISMISSING THE CASE** on the parties in this action by serving:

> Philip M. Miller, Esq.
> Kristen McCulloch, Esq.
> Saltzman & Johnson Law Corporation
> 44 Montgomery St., Suite 2110
> San Francisco, CA 94104
> Tel: 415.882.7900
> Fax: 415.882.9287

☒ **By Envelope** - by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

☐ **By Mail: As follows:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

☐ **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express depository at 2121 Avenue of the Stars, Los Angeles, CA 90067, on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

☒ **By E-Mail Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on January 3, 2011, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Julie Reid Ware

266717_1.DOC